%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BILL BOOKER | COURIER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/05
              Date                    Signature of Server

3620 DEKALB TECH. PKWY #2016
Address of Server
ATLANTA, GA 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

| Northern | District of | Georgia |

ATLANTA DIVISION

Aelera Investments, LLC
V.
Nokota Communications, LLC, David Petite and
Candida J. Stevens

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **1 05 CV 2028**

TO: (Name and address of Defendant)

Nokota Communications, LLC
c/o Michael V. Coleman, Registered Agent
Lord Bissell Brook LLP
Suite 1900
1170 Peachtree Street, NE
Atlanta, Georgia 30309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mari L. Myer, Esq.
Friend, Hudak & Harris, LLP
Three Ravinia Drive, Suite 1450
Atlanta, Georgia 30346-2117
(770) 399-9500
(770) 395-0000 (FAX)
mmyer@fh2.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

(By) DEPUTY CLERK

DATE  8-3-05